DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC 23 '09 AM 9:07 USBCEW

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:
ANGLISANO, CRAIG

Case No. 02-04484-PCW13

Debtor

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $25.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ANGLISANO, CRAIG | PO BOX 30091 SPOKANE, WA 99223 | $25.00 |

Dated: December 17, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873674     12-23-09     $25.00